```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 07166
   CORA A CLARK
                                                CHAPTER 13

                                                JUDGE: SUSAN PIERSON SONDERBY
         Debtor
   SSN XXX-XX-4717


------------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 03/25/2008 and was confirmed 07/17/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 10/30/2008.
------------------------------------------------------------------------------
CREDITOR NAME                CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID          PAID
------------------------------------------------------------------------------
DEUTSCHE BANK NATIONAL T   MORTGAGE NOTI    NOT FILED          .00             .00
GMAC MORTGAGE              CURRENT MORTG     7321.80           .00         7321.80
GMAC MORTGAGE              MORTGAGE ARRE    10937.43           .00             .00
COOK COUNTY TREASURER      SECURED               .00           .00             .00
CITIZENS FINANCE CO        SECURED           8253.11           .00          137.56
CITIZENS FINANCE CO        UNSEC W/INTER    NOT FILED          .00             .00
GMAC MORTGAGE CORPORATIO   MORTGAGE NOTI    NOT FILED          .00             .00
CITIZENS FINANCE COMPANY   NOTICE ONLY      NOT FILED          .00             .00
ECAST SETTLEMENT CORP      UNSEC W/INTER     7319.12           .00             .00
HFC                        NOTICE ONLY      NOT FILED          .00             .00
GWENDOLYN CLARK            NOTICE ONLY      NOT FILED          .00             .00
CAPITAL ONE                UNSEC W/INTER     1262.37           .00             .00
CAPITAL ONE                UNSEC W/INTER     1767.30           .00             .00
WELLS FARGO FINANCIAL BA   UNSEC W/INTER      912.67           .00             .00
CITIBANK                   UNSEC W/INTER      677.52           .00             .00
LVNV FUNDING               UNSEC W/INTER      879.12           .00             .00
LVNV FUNDING               UNSEC W/INTER      143.23           .00             .00
TIMOTHY K LIOU             DEBTOR ATTY       1,532.20                          .00
TOM VAUGHN                 TRUSTEE                                          648.64
DEBTOR REFUND              REFUND                                              .00

         Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                     RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE               8,108.00

PRIORITY                                          .00
SECURED                                      7,459.36
UNSECURED                                         .00
ADMINISTRATIVE                                    .00
TRUSTEE COMPENSATION                           648.64

                PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 07166 CORA A CLARK
```

```
DEBTOR REFUND                                                      .00
                                        ---------------   ---------------
TOTALS                                         8,108.00          8,108.00
```

      Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                     /s/ Tom Vaughn
   Dated: 02/24/09                   _____
                                     TOM VAUGHN
                                     CHAPTER 13 TRUSTEE